

# THE ATTORNEY GENERAL
# OF TEXAS

**AUSTIN, TEXAS 78711**

**JOHN L. HILL**
**ATTORNEY GENERAL**

October 27, 1975

The Honorable Fred Galindo
Criminal District Attorney
Cameron County Courthouse
Brownsville, Texas 78520

Opinion No. H- 724

Re: Authority of county judge to
reject bids under article 1659,
V. T. C. S.

Dear Mr. Galindo:

You have requested our opinion concerning whether a county judge,
acting alone, may reject bids pursuant to article 1659, V. T. C. S.

Article 1659 governs the procedure for competitive bidding in most
counties where the value of the goods or supplies to be purchased does not
exceed $3000. 00, and provides in part:

> Copies of all bids received shall be furnished
> by the county auditor to the county judge and to
> the commissioners court; and when the bids re-
> ceived are not satisfactory to the said judge or
> county commissioners, the auditor shall reject
> said bids and readvertise for new bids. (emphasis
> added)

Article 1659 clearly provides for rejection on the basis of a determination
by the county "judge or county commissioners." Where the language of a statute
is unambiguous, and its meaning is clear, the statute will be construed and given
effect according to its terms. 53 Tex. Jur. 2d Statutes § 164, and authorities
cited therein. In addition, statutes such as article 1659 must be complied with in
order to create a valid contract. Wyatt Metal & Boiler Works v. Fannin County,
111 S. W. 2d 787 (Tex. Civ. App. --Texarkana 1937, writ dism'd. ); Limestone
County v. Knox, 234 S. W. 131 (Tex. Civ. App. --Dallas 1921, no writ). Accord-
ingly, in our opinion article 1659 authorizes a county judge to reasonably reject
bids submitted under its provisions.

## SUMMARY

Article 1659 authorizes a county judge to
reasonably reject bids submitted under its pro-
visions.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

The Honorable Fred Galindo - page two

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jad:

p. 3100